Form B18 (10/05)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 06–02586**
**Chapter 7**

In Re

Debtor*
  Dawn J Hicks
  2628 E 91st Street
  Chicago, IL 60617

Social Security No.:
  xxx–xx–7104

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: July 17, 2006                             Kenneth S. Gardner, Clerk
                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005).

Form B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: lhuley              Page 1 of 1            Date Rcvd: Jul 17, 2006
Case: 06-02586                 Form ID: b18              Total Served: 25
```

```
The following entities were served by first class mail on Jul 19, 2006.
db         +Dawn J Hicks,   2628 E 91st Street,   Chicago, IL 60617-4140
aty        +David M Siegel,   David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090-6005
tr         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
cr         +Wells Fargo Bank, N.A.,   c/o McCalla, Raymer, et al.,   Bankruptcy Department,
             1544 Old Alabama Road,   Roswell, GA 30076-2102
cr         +Wells Fargo Financial,   2nd Floor,   13675 Technology Dr.,   Bldg C,
             Eden Prairie, MN 55344-5007
10645355   +American Broadcast EFCU,   c/o Adler & Associates,   25 E. Washington Street, Suite 500,
             Chicago, IL 60602-1703
10645356   +Bally Total Fitness,   300 E. Joppa Rd.,   Towson, MD 21286-3072
10645357   +Blockbuster Video,   5316 N. Milwaukee Ave.,   Chicago, IL 60630-1269
10645360    CBUSASEARS,   133200 Smith Rd.,   Cleveland, OH 44130
10645359   +Capital One Bank,   c/o Blatt, Hasenmiller, Leibsker,,   125 S. Wacker Dr. Suite 400,
             Chicago, IL 60606-4440
10645361    Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
10645362   +Citi Bank FSB,   PO Box 790022,   Saint Louis, MO 63179-0022
10645363   +Citibank South Dakota NA,   c/o Baker,Miller, Markoff & Kransy,   29 N. Wacker Dr., 5th Floor,
             Chicago, IL 60606-2840
10645364   +City of Chicago Department of Reven,   c/o Arnold Scott Harris,   600 West Jackson Blvd. Suite 450,
             Chicago, IL 60661-5636
10645365   +City of Chicago Department of Water,   PO Box 6330,   Chicago, IL 60680-6330
10645366   +GEMB/MONT,   PO Box 981400,   El Paso, TX 79998-1400
10645367   +Hollywood Video,   c/o CCS Collections,   94 Wells Ave.,   Newton, MA 02459-3210
10645368   +Montgomery Ward,   c/o LUNVFUNDG,   PO Box 10584,   Greenville, SC 29603-0584
10645369   +Payday Loan,   2132 E. 71st,   Chicago, IL 60649-2116
10645370   +Peoples Energy,   130 E. Randolph Drive,   Chicago, IL 60601-6302
10645371   +US Cellular,   c/o CCS Collec,   94 Wells Ave.,   Newton, MA 02459-3210
10645372  +++Wells Fargo Bank NA,   c/o McCalla, Raymer, et al,   Bankruptcy Department,
             1544 Old Alabama Road,   Roswell, GA 30076-2102
10688670   +Wells Fargo Bank, N.A.,   Bankruptcy Department,   3476 Stateview Blvd,   X7801-014,
             Ft. Mill, SC 29715-7203
10645373   +Wells Fargo Home,   3476 Stateview Blvd,   Fort Mill, SC 29715-7200

The following entities were served by electronic transmission on Jul 18, 2006 and receipt of the transmission
was confirmed on:
10645358   +EDI: CAPITALONE.COM Jul 17 2006 21:51:00      Capital One Bank,   PO Box 85015,
             Richmond, VA 23285-5015
10645361    EDI: CITICORP.COM Jul 17 2006 21:51:00      Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
10688670   +EDI: WFFC.COM Jul 17 2006 21:50:00      Wells Fargo Bank, N.A.,   Bankruptcy Department,
             3476 Stateview Blvd,   X7801-014,   Ft. Mill, SC 29715-7203
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 19, 2006**                              **Signature:**   _Joseph Speetjens_